# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FERNANDO SAUCEDO,

    Plaintiff,

v.

NANCY A. BERRYHILL,[1]
Commissioner of Social Security,

    Defendant.

Case No. 2:16-CV-07820-SK

**JUDGMENT**

It is **ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

Date: November 20, 2017

                      HON. STEVE KIM
                      U.S. MAGISTRATE JUDGE

---

[1] Nancy Berryhill, the current Commissioner, is substituted as Defendant for former Acting Commissioner Carolyn W. Colvin. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).